AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

06-264-

BRICE M. HALL JR.
_____
Plaintiff

V.

_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, Brice M. Hall Jr., _____ declare that I am the (check appropriate box)

• ✓ Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
APR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • ✓ Yes   • • No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration  DCC _____

    **Inmate Identification Number (Required):** 236712 _____

    RD scanned

    Are you employed at the institution? No   Do you receive any payment from the institution? No

    _Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions_

2. Are you currently employed?   • • Yes   • ✓ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • Yes | • • No |
    | b. | Rent payments, interest or dividends | • • Yes | • • No |
    | c. | Pensions, annuities or life insurance payments | • • Yes | • • No |
    | d. | Disability or workers compensation payments | • • Yes | • • No |
    | e. | Gifts or inheritances | ✓ Yes | • • No |
    | f. | Any other sources | • • Yes | • • No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   ・・Yes   ・・No ✓

   If "Yes" state the total amount  $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ・・Yes   ・・No ✓

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   None

I declare under penalty of perjury that the above information is true and correct.

4-19-06                         Erico Milano Hall Sr.
_____                      _____
DATE                            SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



## Individual Statement - No Transactions This Month

Date Printed: 4/5/2006

Page 1 of 1

### For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00236712 | HALL | BRICE | M | | |
| Current Location: | SU/1 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.65)



## Individual Statement - No Transactions This Month

Date Printed: 4/5/2006                                                                                                          Page 1 of 1

### For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00236712 | HALL | BRICE | M | | |
| Current Location: | SU/1 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold:   $0.00

Total Amount Currently on Non-Medical Hold:   ($3.65)

# Individual Statement - No Transactions This Month

Date Printed: 4/5/2006            Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Reg Mth Balance: |
|---|---|---|---|---|---|
| 00236712 | HALL | BRICE | M | | |
| Current Location: | SU/1 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.65)

# Individual Statement - No Transactions This Month

Date Printed: *41512006*  Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00236712 | HALL | BRICE | M | | |
| Current Location: | SU/1 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.65)

# Individual Statement

Date Printed: 4/5/2006

Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00236712 | HALL | BRICE | M | | | |
| **Current Location:** | SU/1 | **Comments:** QOLDET | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 2/1/2006 | $0.00 | $0.00 | $0.00 | $0.00 | 216668 | | | |
| Visit | 2/7/2006 | $45.00 | $0.00 | $0.00 | $45.00 | 219600 | 47818393623-20160 | | C.COOPER |
| Canteen | 2/8/2006 | ($25.80) | $0.00 | $0.00 | $19.20 | 220177 | | | |
| Canteen | 2/14/2006 | ($18.83) | $0.00 | $0.00 | $0.37 | 222851 | | | |
| | | | | **Ending Mth Balance:** | $0.37 | | | | |

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($3.65)

## Individual Statement

Date Printed: 4/5/2006

Page 1 of 1

### For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.37 |
|---|---|---|---|---|---|---|
| 00236712 | HALL | BRICE | M | | | |
| Current Location: | SU/1 | | Comments: | QOLDET | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 3/13/2006 | $10.00 | $0.00 | $0.00 | $10.37 | 235749 | 9252002879-06285 | | C. COOPER |
| Supplies-MailP | 3/1512006 | $0.00 | $0.00 | ($3.65) | $10.37 | 237159 | | INDIGENT 3/7/06 | |
| Canteen | 3/21/2006 | ($6.64) | $0.00 | $0.00 | $3.73 | 238863 | | | |
| Visit | 3/23/2006 | $30.00 | $0.00 | $0.00 | $33.73 | 240559 | 9252003038-06617 | | O. REYNOLDS |
| | | | | Ending Mth Balance: | $33.73 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.65)