

(Rev. *5/05*)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 51983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _Brice Hall        236712_
    (Name of plaintiff)       (Inmate Number)

_DCC  1181 Paddock Rd. Smyrna De  19977_
    (Complete Address with zip code)

0 6 - 2 6 4 ·

(2)_____
    (Name of Plaintiff)      (Inmate Number)

_____
    (Case Number)
:  ( to be assigned by U.S. District Court)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

        vs.

:  **CIVIL  COMPLAINT**

(1) _Capt John Pennington_
(2) _Sgt Clayton Porter_

(3)_____
    (Names of Defendants)

•  • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

**FILED**

APR 2 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**I.    PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

_____

**II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court. you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?  ✓Yes  ••No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?  ✓Yes  ••No

C.    If your answer to "B" is <u>Yes</u>:

I.    What steps did you take? _I wrote up the parties in Question Along with Corporal LeRoy Pone_

2.    What was the result'.' _No Response_

D.    If your answer to "B" is <u>No</u>, explain why not: _____

**III.    DEFENDANTS** (in order listed on the caption)

(I)  Name of first defendant: _John Pennington_

Employed as _Captain_ at _Kent County Court House_

Mailing address with zip code: _38 The Green Dover De 15901_

(2)  Name of second defendant: _Clayton Ponten_

Employed as _Sergeant_ at _Kent County Court House_

Mailing address with zip code: _38 The Green Dover De 19901_

(3)  Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I was in holding cell (a pretrial detentioner) when Cpt Sgt Porter put a sentenced (Ryan Neeman) SCI inmate in a DCE Holding Cell, I was spat on by the SCI inmate (Ryan Neeman). I then reacted against the sentenced inmate, who is locked up for Assault 2nd. He was able to

2. be placed amongst the rest of them from SCI But since he wear white maybe Sgt Porter simply forgot, Nor did his Captain find the mistake over the years they simply just didn't follow procedure on the day of Feb 15, 2006 Between 10:30am – 11:30am Then They gave me charges that stopped

3. my Release – After the Corporal Pone Assaulted me – IN which case I didn't Resist at all, But Pone still Abused me while I was in hand cuffs And Each time I returned to court He would threaten my safety And let me know this was A personal thing Against **nu.** (Feb 15th, Feb 28th, March 14th)

## V.    RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to Be reimbursted for my delayed Release. And have the Charges dropped For my reaction to the Action of Being Spit deliberatly on By a sentenced inmate Arrest Pone For Assault As you should indite Ryan Neeman well

2. _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___19___ day of ___April_____, 2 __006__

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)



I/M Bacehman

SBI# 236712 UNIT 18 ste-Dupper #11

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Clerk

U.S District Court

Lock Box 18

844 N. King Street, Wilmington De

19801

Legal mail