IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRICE M. HALL, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPT. JOHN PENNINGTON, )<br>SGT. CLAYTON PORTER, )<br>)<br>Defendants. ) | Civil Action No.06-264-GMS |

**AUTHORIZATION**

I, Brice M. Hall, Jr., SBI #236712 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $2.83 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *May 16*, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: *5-29-06*, 2006.

*[signature: Brice M. Hall]*
Signature of Plaintiff



I/M BRICE Hen PT-C-BIGO-B-L-7
SBI# 2602 UNIT PT-C-BIGO-B-L-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
13 JUN 2006 PM 1 T

United States District Court
Lock Box 18
844 N. King Street
Dover Wilmington, De
19801