06-264 GMS

To: The Records department of The United States District Court
Re: Bruce Hall vs Pennington
Case#: 1:06-cv-00264-GMS Hall v. Pennington et al.
Date: 3-28-08

I Bruce Hall (SBI# 236712) would like to know what the balance is on my partial filling fee do, I owe much more? I got me owing $100.00 even. DCC won't give me a total. Please respond. I would like to close this case out. Thanks for your time.

Bruce W Hall
236712



FILED
MAR 31 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Bruce M Hall Sr.
SBI# 236112  UNIT C-2-ol-upper #1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, DE
19801-3576