OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

April 1, 2008

TO:

**Brice M. Hall, Jr.**
SBI# 236712
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

  *RE:* Letter Request for Payment History, CA 06-264 GMS

Dear Mr. Hall:

  We are in receipt of your letter dated 3/28/08 requesting a detailed listing of all payments made to date in subject cases. Please note that payment receipts are mailed to the individual making the payment, as well as to the account custodian at the institution where he or she is incarcerated. Per your request, a summary of payments received and posted to date is enclosed.

  We believe that this letter addresses your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

| | |
|---|---|
| Encl:<br>Account Summary<br>/re | Sincerely,<br><br>PETER T. DALLEO<br>CLERK |

cc: Alpha File